UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DONALD GLASS,<br><br>        Plaintiff,<br><br>                vs.<br><br>A. GREGORY, *et al.,*<br><br>        Defendants. | Case No. 1:14-cv-01703-RRB<br><br>**<u>ORDER RE: NOTICE</u><br><u>AT DOCKET 27</u>** |

At **Docket 27** Plaintiff Donald Glass filed notice that he did not receive a copy of Document 25-3 entitled "Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment."

The Clerk of the Court is hereby directed to send Plaintiff a copy of the Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment filed herein at Docket 25-3.

Plaintiff is granted through and including **Friday December 11, 2015**, within which to serve and file his opposition to Defendants' Motion for Summary Judgment in accordance with the Court's prior Order.[1]

**IT IS SO ORDERED** this 12th day of November, 2015

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 26.

ORDER RE DOCKET 27