UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>    Plaintiff,<br><br>vs.<br><br>A. GREGORY, *et al.,*<br><br>    Defendants. | Case No. 1:14-cv-01703-RRB<br><br>**ORDER DENYING MOTION<br>TO STRIKE AT DOCKET 51** |

At **Docket 51** Plaintiff Donald Glass has moved the Court to strike Defendants' opposition to Plaintiff's Rule 56(d) Motion for a Continuance. The Motion is dated April 13, 2016, and was received by the Court on April 20, 2016. As relevant to the pending motion, the record reflects that the Court denied Plaintiff's Rule 56(d) Motion on April 12, 2016,[1] and granted Defendants' Motion for Summary Judgment and entered judgment accordingly on the same date.[2] Consequently, Plaintiff's motion has become moot.

Accordingly, Plaintiff's Motion Requesting the Court to Strike or Reject Defendants' Opposition to Plaintiff's Rule 56(d) Affidavit for Continuance as Untimely Filed or Alternatively Grant Plaintiff's 56(d) Affidavit at **Docket 51** is **DENIED**.

**IT IS SO ORDERED** this 8th day of July, 2016.

                 S/ RALPH R. BEISTLINE
                 UNITED STATES DISTRICT JUDGE

---

[1] Docket 48.

[2] Dockets 49, 50.